John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
DONALD E. MARTIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. MARTIN, an individual, | Case No.: 1:08-cv-01026-OWW-SMS |
| Plaintiff, | **STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT ENTERED AGAINST DEFENDANT NATIONAL CITY MORTGAGE COMPANY, A SUBSIDIARY OF NATIONAL CITY BANK** |
| vs. | |
| NATIONAL CITY MORTGAGE COMPANY, a subsidiary of NATIONAL CITY BANK, a foreign Corporation; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; and DOES 1 – 10; | |
| Defendant. | |

This stipulation is made with reference to the following facts:

1. The Clerk of the Court entered a default of defendant NATIONAL CITY MORTGAGE COMPANY ("NCMC"), a subsidiary of NATIONAL CITY BANK, on August 20, 2008.

2. NCMC alleges that it has good and sufficient grounds to set aside the default and therefore has requested that plaintiff not oppose its application to set aside the entry of default.

-1-

**STIPULATION TO SET ASIDE DEFAULT**

3. Plaintiff does not oppose NCMC's request to set aside the entry of default on condition that (1) NCMC does not attempt to conduct a foreclosure trustee's sale while this litigation is pending against NCMC in regard to the subject loan, and NCMC instructs the foreclosure trustee, CAL-WESTERN RECONVEYANCE CORP., accordingly, and (2) that NCMC file an answer to the complaint within 15 days of entry of the Court's order on this stipulation.

WHEREFORE, the parties to this action, subject to approval by the Court, stipulate as follows:

A. The default entered against NCMC on August 20, 2008, be set aside.

B. NCMC will not attempt to conduct a foreclosure trustee's sale against Plaintiff's real property while this litigation is pending against NCMC in regard to the subject loan, and NCMC shall instruct the foreclosure trustee, CAL-WESTERN RECONVEYANCE CORP., accordingly.

C. Defendant NCMC shall file its answer to the complaint within 15 days of the date of entry of an order approving this stipulation.

DATED: Septemer __, 2008.          JV LAW


                                   By: _____
                                       John W. Villines, Esq.
                                       Attorneys for Plaintiff
                                       DONALD E. MARTIN

DATED: September __, 2008          WOLFE & WYMAN, LLP


                                   By: _____
                                       Alice M. Dostalova, Esq.
                                       Attorneys for Defendant
                                       NATIONAL CITY MORTGAGE
                                       COMPANY

**STIPULATION TO SET ASIDE DEFAULT**

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, the Clerk's Entry of Default against Defendant NATIONAL CITY MORTGAGE COMPANY ("NCMC") is VACATED, and NCMC shall not attempt to conduct a foreclosure trustee's sale against Plaintiff's real property while this litigation is pending against NCMC in regard to the subject loan (NCMC shall instruct the foreclosure trustee, CAL-WESTERN RECONVEYANCE CORP., accordingly), and NCMC shall file its Answer to the Complaint within 15 days of the date of entry of this Order.

.

IT IS SO ORDERED.

DATED:  10/27/2008                             /s/ OLIVER W. WANGER
                                               UNITED STATES DISTRICT JUDGE

**STIPULATION TO SET ASIDE DEFAULT**