```
KERRY W. FRANICH (SBN 245857)
ELANA J. MOEDER (SBN 252909)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2664
(714) 285-2668 facsimile
E-Mail: kfranich@piteduncan.com

Attorneys for Defendant
CAL-WESTERN RECONVEYANCE CORP.
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| DONALD E. MARTIN, an individual, | Case No. 1:08-CV-01026-OWW-SMS |
| Plaintiff, | |
| v. | Complaint Filed: July 18, 2008<br>Trial Date: None Set. |
| NATIONAL CITY MORTGAGE COMPANY, a subsidiary of NATIONAL CITY BANK, a foreign Corporation; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; and DOES 1-10, | **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST CAL-WESTERN RECONVEYANCE CORP. AND**<br>**ORDER THEREON** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff DONALD E. MARTIN ("Plaintiff"), by and through his attorneys of record, JV Law, and CAL-WESTERN RECONVEYANCE CORP. ("Cal-Western"), by and through its attorneys of record, Pite Duncan, LLP, that the default entered herein against Cal-Western on August 20, 2008, is hereby set aside.

IT IS HEREBY FURTHER STIPULATED by the parties that Cal-Western will appear in the action and counsel for Cal-Western will file a Stipulation for Non-Monetary Judgment within 15 days of the Court's order on this stipulation.

IT IS SO STIPULATED.

/ / /

/ / /

-1-
STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER THEREON

JV LAW

Dated: 10-22-08                By:   /s/ John W. Villines
                                     JOHN W. VILLINES
                                     Attorneys for Plaintiff DONALD E. MARTIN


PITE DUNCAN, LLP


Dated: 10/22/08                By:   /s/ Elana J. Moeder
                                     KERRY W. FRANICH
                                     ELANA J. MOEDER
                                     Attorneys for Defendant CAL-WESTERN
                                     RECONVEYANCE CORP.

## **ORDER**

The Default entered against Cal-Western is hereby set aside and Cal-Western has 15 days from the entry of this Order to file and serve the Stipulation for Non-Monetary Judgment.

IT IS SO ORDERED.

Dated: 10/30/2008              /s/ Sandra M. Snyder
                               Magistrate Judge Sandra M. Snyder

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Kerry W. Franich (SBN 245857)<br>Elana J. Moeder (SBN 252909)<br>PITE DUNCAN, LLP<br>1820 E. First Street, Suite 420<br>Santa Ana, CA 92705<br>Email: Kfranich@piteduncan.com<br>ATTORNEY FOR: Defendant CAL-WESTERN RECONVEYANCE CORP. | TELEPHONE NO.<br>(714) 285-2664 | FOR COURT USE ONLY |
|---|---|---|
| **U. S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS:   2500 Tulare Street<br>MAILING ADDRESS:<br>CITY & ZIP CODE:   Fresno, California 93721<br>BRANCH:   FRESNO DIVISION | | |
| PLAINTIFF:   DONALD E. MARTIN, an individual<br><br>DEFENDANT:   NATIONAL CITY MORTGAGE CO., et al. | | |
| **DECLARATION OF SERVICE**<br>[CCP 1013, 2015.5 and 1011]   [CRC 2003 and 2006(d)] | | CASE NUMBER:<br>1:08-CV-01026-OWW-SMS |

   I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1820 E. First Street, Suite 420, Santa Ana, California 92705. On October 30, 2008, I served the following document(s) or true copies thereof, with all exhibits, described as: **STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST CAL-WESTERN RECONVEYANCE CORP. AND ORDER THEREON**, on the interested parties in this action as follows:

John W. Villines, Esq.
JV LAW
P. O. Box 580049
Modesto, CA 95358
(209) 524-9903; fax (209) 524-6655
Email: john@jvlaw.net
*Attorney for Plaintiff, Donald E. Martin*

Alice M. Dostalova, Esq.
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, CA 94596
(925) 280-0004; fax (925) 280-0005
Email: amdostalova@wolfewyman.com
*Attorneys for Defendant National City Mortgage Co.*

Eric M. Schiffer, Esq.
WOLFE & WYMAN, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
(949) 475-9200; fax (949) 475-9203
Email: emschiffer@wolfewyman.com
*Attorneys for Defendant National City Mortgage Co.*

[APPLICABLE PARAGRAPH(S) CHECKED:]

 X  BY ELECTRONIC TRANSFER: I caused the above-entitled document(s) to be electronically filed and served on October 30, 2008, on the interested parties to the action via CM/ECF e-service at http://www.caed.uscourts.gov/caed/staticOther/page_455.htm. A copy transmission receipt will be maintained with the original document(s) in our office.

___ BY E-MAIL: I caused the above-entitled document(s) to be e-mailed to the interested parties per the Court's service list as of the date of transmission.

___ BY MAIL IN THE ORDINARY COURSE OF BUSINESS: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with first-class postage thereon fully prepaid at Santa Ana, CA, in the ordinary course of business.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL SERVICE: I caused the foregoing document to be personally served by hand to the offices of the addressee.

___ BY FACSIMILE TRANSMISSION: I caused the foregoing document to be sent via facsimile transmission to the facsimile number(s) listed with each party.

___ STATE: I certify/declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 X   FEDERAL: I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed: October 30, 2008                                      /s/ *Barbara J. Finley*