KERRY W. FRANICH (SBN 245857)
ELANA J. MOEDER (SBN 252909)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2664
(714) 285-2668 *facsimile*
E-Mail: kfranich@piteduncan.com

Attorneys for Defendant
CAL-WESTERN RECONVEYANCE CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| DONALD E. MARTIN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CITY MORTGAGE COMPANY, a subsidiary of NATIONAL CITY BANK, a foreign Corporation; CAL-WESTERN RECONVEYANCE CORP., a California Corporation; and DOES 1-10,<br><br>    Defendants. | Case No. 1:08-CV-01026-OWW-SMS<br><br>Complaint Filed:  July 18, 2008<br>Trial Date:          None Set.<br><br>**STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT CAL-WESTERN RECONVEYANCE CORP. AND ORDER THEREON** |

Plaintiff, DONALD E. MARTIN ("Plaintiff"), by and through his attorneys of record, JV Law, and Defendant CAL-WESTERN RECONVEYANCE CORPORATION ("Cal-Western"), by and through its attorneys of record, Pite Duncan, LLP, enter into this Stipulation and request that the Court issue an Order embodying its terms and provisions.

## RECITALS

A.   Plaintiff filed a Complaint in the above-captioned action on July 18, 2008. Plaintiff seeks rescission of the mortgage contract ("Note") and cancellation of the Deed of Trust, actual and statutory damages, and injunctive relief based upon alleged violations of the Truth in Lending Act, 15 U.S.C. §§ 1601 *et. seq.* ("TILA"), TILA's implementing regulations at 12 C.F.R. § 226 *et. seq.* ("Regulation Z"), and the California Business &

Professions Code §§ 17200 *et. seq.*

B.   Plaintiff asserts that the defendants failed to provide "material" disclosures under TILA and Regulation Z on or about August 25, 2006 in connection with the loan origination process at the time of closing.

C.   Plaintiff executed the Note and the Deed of Trust which secures the Note on August 25, 2006.  The Deed of Trust encumbers the property located at 4409 Touraine Parc Lane, Modesto, California ("Subject Property") and was recorded on August 31, 2006 in the Stanislaus County Recorder's Office as Instrument Number 2006-0129843-00.  A Substitution of Trustee, naming Cal-Western as the substituted trustee under the Deed of Trust, was executed by defendant National City Mortgage Co. on May 2, 2008 and recorded on July 17, 2008 in the Stanislaus County Recorder's Office as Instrument Number 2008-0077219.

D.   On May 5, 2008, Cal-Western recorded a Notice of Default in the Stanislaus County Recorder's Office as Instrument Number 2008-0047709-00.  The Notice of Default indicated that a default in the amount of $9,295.42 existed as of May 5, 2008 under the subject Deed of Trust.

## STIPULATION

1.   Plaintiff acknowledges and stipulates that Cal-Western has been named as a defendant in this litigation solely in its capacity as a trustee under the Deed of Trust and that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as trustee.

2.   Cal-Western has not been involved in any way with the Subject Property, except in its capacity as the trustee under the Deed of Trust which encumbers the Subject Property.

3.   Cal-Western agrees to be bound by whatever order or judgment is issued by the Court regarding the Deed of Trust and shall not be subject to any monetary or statutory awards for damages, attorney's fees or costs pursuant to *Civil Code* § 2924l(d).  Cal-Western will not be required to respond to any of the pleadings in this action, and will

not be required to appear at any hearings or the trial of this matter.

4. The filing of this Stipulation is not intended to and does not prejudice the rights of any trustor, beneficiary, or assignee under the Deed of Trust, and shall not constitute a waiver of any person or entity's rights or obligations under the Deed of Trust.

5. This Stipulation shall inure to the benefit of the parties and their successors and/or assigns.

6. The parties to this Stipulation agree and request that the Court issue an Order consistent with the terms of this Stipulation.

IT IS SO STIPULATED.

Dated:  10-22-08              JV LAW

By:  */s/ John W. Villines*
JOHN W. VILLINES
Attorneys for Plaintiff DONALD E. MARTIN

Dated:  10/22/08              PITE DUNCAN, LLP

By:  */s/ Elana J. Moeder*
KERRY W. FRANICH
ELANA J. MOEDER
Attorneys for Defendant CAL-WESTERN RECONVEYANCE CORP.

**ORDER**

The Court, having considered the Stipulation of the parties, and other good cause appearing, approves the Stipulation and adopts it as the Order of the Court.

IT IS SO ORDERED.

**Dated:   November 5, 2008**              */s/ Oliver W. Wanger*
UNITED STATES DISTRICT JUDGE