Stuart B. Wolfe (SBN 156471)
Alice M. Dostalova (SBN 244513)
amdostalova@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:  (925) 280-0005

Attorneys for Defendant
NATIONAL CITY MORTGAGE
CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. MARTIN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO., a subsidiary of NATIONAL CITY BANK; CAL-WESTERN RECONVEYANCE CORP., a California corporation; and DOES 1-10,<br><br>        Defendants. | Case No.: 1:08-CV-01026-SMS<br><br>**STIPULATION TO EXTEND TRIAL DATE AND ACCOMPANYING DATES AND ORDER** |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

    This Stipulation is made pursuant to Local Civil Rule 83-143 and is made by and between Plaintiff DONALD E. MARTIN (hereinafter "Plaintiff") and Defendant NATIONAL CITY MORTGAGE CORPORATION (hereinafter "NCMC"), by and through their respective counsel of record herein.  The parties hereby agree and stipulate to extend the trial date and accompanying dates to allow for further discovery as follows:

    1.    Trial Date:    old date was 9/21/09 at 9:00 a.m.

                           new date is 4/19/2010 at 9:00 a.m.

    2.    Pre-Trial Conference: old date was 8/4/09 at 11:00 a.m.

                           new date is 2/24/2010 at 11:00 a.m.

///

**STIPULATION TO EXTEND TIME FOR TRIAL**
C:\Windows\Temp\notes101AA1\Stipulation to Extend Time for Trial.doc

PDF created with pdfFactory trial version www.pdffactory.com

3. Settlement Conference Date:   old date was 6/25/09 at 10:00 a.m. before Judge Beck

new date is 11/3/09 at 10:00 a.m. before Judge Beck

4. Expert Disclosure Deadline:   old date was 5/1/09

new date is 12/4/09

5. Supplemental Expert Disclosure Deadline:   old date was 5/15/09

new date is 12/18/09

6. Discovery Deadline:   old date was 6/24/09

new date is 1/22/2010

7. Non-Dispositive Motion Filing Deadline:   old date was 6/26/06

new date is 1/25/2010

8. Dispositive Motion Filing Deadline:   old date was 7/6/09

new date is 2/8/2010

WHEREFORE, the parties agree and stipulate that the new trial date, accompanying dates and deadlines shall be as follows:

Expert Disclosure Deadline: ---------------------------------------------------- 12/4/2009

Supplemental Expert Disclosure Deadline: --------------------------------12/18/2009

Discovery Deadline: ------------------------------------------------------------ 1/22/2010

Non-Dispositive Motion Filing Deadline: ---------------------------------- 1/25/2010

Dispositive Motion Filing Deadline: --------------------------------------------2/8/2010

Settlement Conference Date: --------------------------------- 11/3/2009 at 10:00 a.m.

(The Settlement Conference is to be held before the Judge Beck)

Pre-Trial Conference: ------------------------------------------ 2/24/2010 at 11:00 a.m.

Trial Date: ------------------------------------------------------- 4/19/2010 at 9:00 a.m.

DATED: June 11, 2009                    JV LAW

By:   /S/ John W. Villines, Esq. (as authorized on 6/11/09)
      John W. Villines, Esq.
Attorneys for Plaintiff
DONALD E. MARTIN

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

2
**STIPULATION TO EXTEND TIME FOR TRIAL**
C:\Windows\Temp\notes101AA1\Stipulation to Extend Time for Trial.doc

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: June 11, 2009 | WOLFE & WYMAN, LLP |
| | |
| | By:  /S/ Alice M. Dostalova, Esq. |
| | Alice M. Dostalova, Esq. |
| | Attorneys for Defendant |
| | NATIONAL CITY MORTGAGE COMPANY |

***

## ORDER

**IT IS SO ORDERED**

DATED:  June   12  , 2009

By:   /s/ Sandra M. Snyder
JUDGE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com