Stuart B. Wolfe (SBN 156471)
Alice M. Dostalova (SBN 244513)
amdostalova@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:  (925) 280-0005

Attorneys for Defendant
NATIONAL CITY MORTGAGE
CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. MARTIN, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL CITY MORTGAGE CO., a subsidiary of NATIONAL CITY BANK; CAL-WESTERN RECONVEYANCE CORP., a California corporation; and DOES 1-10,<br><br>            Defendants. | Case No.: 1:08-CV-01026-SMS<br><br>**STIPULATION TO EXTEND TRIAL DATE AND ACCOMPANYING DATES AND ORDER** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

This Stipulation is made pursuant to Local Civil Rule 83-143 and is made by and between Plaintiff DONALD E. MARTIN (hereinafter "Plaintiff") and Defendant NATIONAL CITY MORTGAGE CORPORATION (hereinafter "NCMC"), by and through their respective counsel of record herein.  The parties hereby agree and stipulate to extend the trial date and accompanying dates to allow for further discovery as follows:

   1.   Trial Date:    old date was 4/19/2010 at 9:00 a.m.

                       new date is 9/13/2010 at 9:00 a.m.

   2.   Pre-Trial Conference: old date was 2/24/2010 at 11:00 a.m.

                       new date is 6/30/2010 at 11:00 a.m.

///

1
**STIPULATION TO EXTEND TIME FOR TRIAL**

PDF created with pdfFactory trial version www.pdffactory.com

3.     Settlement Conference Date:   old date was 11/3/09 at 10:00 a.m. before Judge Beck

new date is 3/24/2010 at 10:00 a.m. before Judge Beck

4.     Expert Disclosure Deadline:   old date was 12/4/09

new date is 4/16/2010

5.     Supplemental Expert Disclosure Deadline:   old date was 12/18/09

new date is 4/23/2010

6.     Discovery Deadline:   old date was 1/22/2010

new date is 5/21/2010

7.     Non-Dispositive Motion Filing Deadline:   old date was 1/25/2010

new date is 5/28/2010

8.     Dispositive Motion Filing Deadline:   old date was 2/28/2010

new date is 6/11/2010

WHEREFORE, the parties agree and stipulate that the new trial date, accompanying dates and deadlines shall be as follows:

Expert Disclosure Deadline: ------------------------------------------------------ 4/16/2010

Supplemental Expert Disclosure Deadline: --------------------------------- 4/23/2010

Discovery Deadline: ------------------------------------------------------------- 5/21/2010

Non-Dispositive Motion Filing Deadline: ---------------------------------- 5/28/2010

Dispositive Motion Filing Deadline: ----------------------------------------- 6/11/2010

Settlement Conference Date: --------------------------------- 3/24/2010 at 10:00 a.m.

(The Settlement Conference is to be held before the Judge Beck)

Pre-Trial Conference: ------------------------------------------ 6/30/2010 at 11:00 a.m.

In Courtroom #7 before Judge Snyder.

Trial Date: --------------------------------------------------------- 9/13/2010 at 9:00 a.m.

In Courtroom #7 before Judge Snyder.

DATED: January 19, 2010        JV LAW

By:   /s/ John W. Villines, Esq. (as authorized on 1/4/2010)
        John W. Villines, Esq.

2

**STIPULATION TO EXTEND TIME FOR TRIAL**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | Attorneys for Plaintiff<br>DONALD E. MARTIN |
| DATED: January 19, 2010 | WOLFE & WYMAN, LLP |
| | By: /s/ Alice M. Dostalova, Esq.<br>       Alice M. Dostalova, Esq.<br>Attorneys for Defendant<br>NATIONAL CITY MORTGAGE COMPANY |

***

**ORDER**

**IT IS SO ORDERED**

DATED:   January 19, 2010

By:       /s/ Sandra M. Snyder
       JUDGE SANDRA M. SNYDER
       UNITED STATES MAGISTRATE JUDGE

---

3
**STIPULATION TO EXTEND TIME FOR TRIAL**

PDF created with pdfFactory trial version www.pdffactory.com